No. 15-1546

Consolidated with Nos. 15-1400(L), 15-1490, 15-1514, 15-1586, 15-1639

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

In re Capital One Telephone Consumer Protection Act Litigation,

APPEAL OF: Jeffrey Collins, Objector-Appellant

On Appeal from the United States District Court
for the Northern District of Illinois, Eastern Division, No. 1:12-cv-10064,
Judge James F. Holderman

Agreed Motion to Dismiss Appeal

CENTER FOR CLASS ACTION FAIRNESS
Theodore H. Frank
Melissa Ann Holyoak
1718 M Street NW, No. 236
Washington, DC 20036
(703) 203-3848
*Attorneys for Appellant
Jeffrey Collins*

In accordance with Fed. R. App. P. 42(b), Appellant Jeffrey Collins hereby requests dismissal of Appeal No. 15-1546 with prejudice. The grounds for this motion are as follows:

(1) Appellant no longer desires to pursue this appeal; and

(2) All named parties to the appeal agree to this dismissal.

All parties to the appeal shall bear their own costs. For these reasons, Collins respectfully moves the Court for an Order dismissing the above-captioned appeal.

Dated:  June 8, 2015                    Respectfully submitted,

CENTER FOR CLASS ACTION FAIRNESS

*/s/ Theodore H. Frank*
Theodore H. Frank
Melissa Ann Holyoak
1718 M Street NW, No. 236
Washington, DC 20036
(703) 203-3848
*Attorneys for Appellant*
    *Jeffrey Collins*

## Proof of Service

    I hereby certify that on June 8, 2015, I caused to be electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Seventh Circuit using the CM/ECF system, thereby effecting service on counsel of record who are registered for electronic filing under Cir. R. 25(a).

                                          */s/ Theodore H. Frank*
                                          Theodore H. Frank