# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 11, 2015

Before

MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| No. 15-1400, 15-1490, 15-1546, 15-1586, and 15-1639 | CHARLES C. PATTERSON, et al., Plaintiffs - Appellees, <br><br> v. <br><br> ALLIED INTERSTATE, LLC,, et al., Defendants - Appellees, <br><br> APPEALS OF: <br><br> ANTONION CARRASCO, VANESSA FV VANWIEREN, MARY SMITH TWEED, STEPHEN KRONO, JEFFREY COLLINS, PAMELA MCCOY, and DEVERA BARTTE |
| **Originating Case Information:** | |
| District Court No: 1:12-cv-10064 <br> Northern District of Illinois, Eastern Division <br> District Judge James F. Holderman | |

The following are before the court:

1. **AGREED MOTION TO DISMISS APPEAL**, filed on June 10, 2015, by counsel for the parties.

Case: 15-1400     Document: 61     Filed: 06/11/2015     Pages: 2

2. **MOTION OF CENTER FOR CLASS ACTION FAIRNESS TO WITHDRAW FROM REPRESENTATION OF JEFFREY COLLINS IN APPEAL NO. 15-1546 TO INTERVENE IN APPEAL NOS. 15-1400 AND 15-1490 AS GUARDIAN AID LITEM FOR THE CLASS, FOR AN ORDER TO DISCLOSE SETTLEMENT TERMS IF HELPFUL TO THE COURT, AND, IN THE ALTERNATIVE, AN ORDER ISSUING NEW NOTICE TO THE CLASS, AND OPPOSITION OF CENTER FOR CLASS ACTION FAIRNESS TO RULE 42 MOTION TO DISMISS**, filed on June 10, 2015, by attorney Theodore H. Frank.

**IT IS ORDERED** that the plaintiffs-appellees shall file a response to the motion to withdraw and intervene by June 25, 2015.

form name: **c7_Order_3J**(form ID: **177**)